```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LUIS ALVAREZ, et al.,                                       :
                                                            :
                              Plaintiffs,                   :
                                                            :          12-CV-8835 (VSB)
              - against -                                   :
                                                            :                ORDER
WELL-S INDUSTRIAL, INC., et al.,                            :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      This matter was referred to the Honorable Kevin N. Fox for an inquest into damages, costs, and attorneys' fees to be assessed against the defaulting Defendants.  (*See* Doc. 23.) Before me is Magistrate Judge Fox's report and recommendation proposing findings from the inquest.  (Doc. 112.)

      In reviewing a magistrate judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  Parties may raise specific, written objections to the report and recommendation within 14 days of being served with a copy of the report.  *Id.*; *see also* Fed. R. Civ. P. 72(b)(2).  When a party submits a timely objection, a district court reviews *de novo* the parts of the report and recommendation to which the party objected.  28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).  With regard to the unobjected-to portions of a report and recommendation, a district court reviews the report and recommendation for clear error.  *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008); *Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

      No party filed any objections to Magistrate Judge Fox's report and recommendation.  I

therefore review it for clear error only.  *See* 28 U.S.C. § 636(b)(1).  Finding no clear error, I hereby ADOPT the report and recommendation in its entirety.

The Clerk of Court is respectfully directed to enter judgment against Defendants Well-S Industrial, Inc. and Bong Jun Park a/k/a Bongjun Park in the following amounts:  (1) $13,663.84 in damages to Luis Alvarez, $2,781.17 in damages to Angel Rodolfo Camas, $5,979.47 in damages to Diego Camas, $3,051.63 in damages to Luis Corasaica, $6,618.58 in damages to Angel Quille, $2,072.17 in damages to Wilson Quito, and $14,679.26 in damages to Jose Sanchez; (2) $35,730 in attorneys' fees; (3) $591.76 in costs; and (4) post-judgment interest.

The Clerk of Court is also respectfully directed to terminate the pending motion at Doc. 88 and close the case.

SO ORDERED.

Dated: August 18, 2015
      New York, New York

Vernon S. Broderick
United States District Judge